# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**         October 8, 2025

**Via ECF**

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application granted.*

Date:  October 8, 2025
       New York, NY

**SO ORDERED:**

/s/ Gary Stein

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

**Re:  United States v. Melton Hill**
      **25 Mag. 1197 (UA)**

Dear Judge Stein,

    I write to respectfully request a modification of Mr. Hill's pretrial release conditions to remove the currently applicable curfew and location monitoring condition. Pretrial Services consents to this request and the Government defers to Pretrial Services.

    On April 18, 2025, Mr. Hill was presented and released on several conditions, including a curfew to be enforced by location monitoring. *See* Docs. 4, 5. Since his presentment, Mr. Hill has been fully compliant with his pretrial release conditions. In light of Mr. Hill's complete compliance with the terms of his Pretrial Services supervision for more than five and a half months, the defense respectfully requests, with the consent of Pretrial Services and no objection from the Government, that the Court remove Mr. Hill's curfew and location monitoring condition.

    I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Jerry Feng
      Pretrial Services Officer Francesca Piperato